AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   4:23 MJ  3148  NCC |
| | ) | SIGNED AND SUBMITTED TO THE COURT FOR |
| TAHARIAN CORTESE WILLIAMS | ) | FILING BY RELIABLE ELECTRONIC MEANS |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of March 24, 2023 in the county of St. Louis City in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:111(a) | Intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with the United States Marshals Service with a deadly or dangerous weapon |
| 18:1361 | Willfully and by means of driving a motor vehicle, did injure and commit a depredation against property of the United States and the United States Marshals Service and resulting damage was in excess of $1,000 |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under penalty of perjury the forgoing is true and correct.

*Complainant's signature*

Special Agent Jeremy Johnson, ATF

*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 03/24/2023

*Judge's signature*

City and state: St. Louis, Missouri    Honorable Noelle C. Collins , U.S. Magistrate Judge

*Printed name and title*